■ INTERWEB, INC., Appellant, v iPAYMENT, INC., Respondent. [783 NYS2d 468]—

Order, Supreme Court, New York County (Herman Cahn, J.), entered March 5, 2004, granting defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, with costs.

The agreement between the parties solely concerned the limited service of processing plaintiff's customers' credit card transactions and failed to contain a term certain for its duration. Thus, the agreement was terminable at will (*Beslow v Novell, Inc.*, 242 AD2d 501 [1997]) and not subject to the implied duty of good faith and fair dealing (*Lipsky v Guardian Life Ins. Co.*, 268 AD2d 310, 311 [2000], citing *Murphy v American Home Prods. Corp.*, 58 NY2d 293 [1983]).

Plaintiff's cause of action for tortious interference with prospective economic advantage was also properly dismissed. Assuming, arguendo, that defendant owed plaintiff a duty not to interfere with the relationship with nonparty Humboldt Bank, plaintiff failed to allege the requisite unlawful means or malicious intent to sustain such a claim (*Thur v IPCO Corp.*, 173 AD2d 344, 345 [1991], *lv dismissed* 78 NY2d 1007 [1991]). Concur—Tom, J.P., Saxe, Lerner, Marlow and Sweeny, JJ.